UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY D. MCDONALD,<br><br>Plaintiff,<br><br>v.<br><br>GENA JONES, et al.,<br><br>Defendants. | No. 2:24-cv-02545-DC-JDP (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION<br><br>(Doc. Nos. 9, 10) |

Plaintiff Jeffrey D. McDonald is a state prisoner proceeding *pro so* and *in forma pauperis* in this civil action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 5, 2025, Plaintiff filed a motion for preliminary injunction. (Doc. No. 9.) Specifically, Plaintiff seeks an injunction on behalf of himself and the purported class to remove Defendant Morano from the "EI-Unit," at California Health Care Facility. (*Id.* at 10.) On May 12, 2025, the assigned magistrate judge issued findings and recommendations recommending that Plaintiff's motion for preliminary injunction be denied because Plaintiff has "yet to plead a colorable claim for relief" and therefore the court lacks the authority to grant Plaintiff the injunctive relief he requests. (Doc. No. 10 at 4.)

Those findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 5.) To date,

1

no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on May 12, 2025 (Doc. No. 10) are ADOPTED in full;
2. Plaintiff's motion for preliminary injunction (Doc. No. 9) is DENIED; and
3. This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **June 22, 2025**

Dena Coggins
United States District Judge

2