UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY D. MCDONALD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GENA JONES, et al.,<br><br>　　　　　Defendants. | No.  2:24-cv-02545-DC-JDP (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING MOTION FOR TEMPORARY RESTRAINING ORDER<br><br>(Doc. Nos. 11, 13) |

Plaintiff Jeffrey D. McDonald is a state prisoner proceeding *pro so* and *in forma pauperis* in civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 23, 2025, the assigned magistrate judge issued findings and recommendations recommending that Plaintiff's motion for a temporary restraining order (Doc. No. 11) be denied because the allegations in that motion are unrelated to the conduct alleged in Plaintiff's complaint and thus, "the motion lacks a sufficient nexus to the underlying complaint." (Doc. No. 13 at 6.) Those findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id*.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a

1 | *de novo* review of the case. Having carefully reviewed the entire file, the court concludes the
2 | findings and recommendations are supported by the record and by proper analysis.
3 |     Accordingly,
4 |     1.    The findings and recommendations issued on June 23, 2025 (Doc. No. 13) are
5 |         ADOPTED in full;
6 |     2.    Plaintiff's motion for a temporary restraining order (Doc. No. 11) is DENIED; and
7 |     3.    This matter is referred back to the assigned magistrate judge for further
8 |         proceedings.

IT IS SO ORDERED.

Dated: **July 16, 2025**

Dena Coggins
United States District Judge

2