1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JEFFREY D. MCDONALD,                    Case No.  2:24-cv-2545-DC-JDP (P)

12              Plaintiff,

13        v.                                  ORDER TO SHOW CAUSE

14   GENA JONES, *et al.*,

15              Defendants.

16

17        On June 23, 2025, I screened plaintiff's complaint and notified him that not all his claims

18   were cognizable.  ECF No. 13.  I ordered him to file a notice of his intent to proceed only with his

19   cognizable claims or file an amended complaint within thirty days.  The deadline has passed

20   without word from plaintiff.

21        The court has the inherent power to control its docket and may, in the exercise of that

22   power, impose sanctions where appropriate, including dismissal.  *Bautista v. Los Angeles Cnty.*,

23   216 F.3d 837, 841 (9th Cir. 2000); *see* Local Rule 110 ("Failure of counsel or of a party to

24   comply with these Rules or with any order of the Court may be grounds for imposition by the

25   Court of any and all sanctions . . . within the inherent power of the Court.").  A court may dismiss

26   an action based on a party's failure to prosecute an action, failure to obey a court order, or failure

27   to comply with local rules.  *See Henderson v. Duncan*, 779 F.2d 1421, 1424 (9th Cir. 1986)

28   (dismissal for lack of prosecution and failure to comply with local rules).

1

I will give plaintiff a chance to explain why the court should not dismiss this case. Plaintiff's failure to respond to this order will constitute a failure to comply with a court order and will result in a recommendation that this action be dismissed.  Accordingly, plaintiff is ordered to show cause within twenty-one days why this case should not be dismissed for failure to prosecute, failure to comply with court orders, and failure to state a claim.  Should plaintiff wish to continue with this lawsuit, he shall file, within twenty-one days, a notice of his intent to proceed on the cognizable claims or an amended complaint.

IT IS SO ORDERED.

Dated:    September 23, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2